

No. 11–0440/MC. U.S. v. Nicholas S. Stewart. CCA 201000021. Appellant's motion to extend time to file a reply brief granted to November 15, 2011.

No. 11–0647/MC. U.S. v. Marchello K. Hancock. CCA 201000400. On consideration of the motion filed by Lieutenant Daniel Napier for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellant and the new attorney has assumed the representation of said Appellant. Accordingly, it is ordered that said motion is hereby granted.

No. 12–0024/MC. U.S. v. Steven E. Mauceri. CCA 201000573. On consideration of the motion filed by Lieutenant Daniel Napier for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellant and the new attorney has assumed the representation of said Appellant. Accordingly, it is ordered that said motion is hereby granted.

